**Order entered February 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01320-CV

## THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant

## V.

## MARIA ALCANTAR, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04210-A**

## ORDER

Before the Court is appellant's February 8, 2019 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **February 25, 2019**.

/s/    BILL WHITEHILL
       JUSTICE